**FOURTH DIVISION**
**DOYLE, P. J.,**
**ANDREWS and BOGGS, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)**
**http://www.gaappeals.us/rules/**

**December 5, 2012**

# In the Court of Appeals of Georgia

A12A2210. MORRIS v. THE STATE.

BOGGS, Judge.

Glendon Morris filed a direct appeal from the trial court's denial of his pre-trial plea in bar based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has recently ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b). *Sosniak v. State*, ___ Ga. ___ (2) (Case No. S12A0799, decided November 19, 2012). Morris's appeal is therefore dismissed. See *Stevens v. State*, ___ Ga. ___ (Case No. S12A1795, decided November 27, 2012).

*Appeal dismissed. Doyle, P. J. and Andrews, J., concur.*